1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102-3495
        Telephone: 415-436-7200
7       FAX: 415-436-7234
        Email: daniel.pastor@usdoj.gov
8
9  Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,              ) CASE NO.: 25-CV-09318 SK
                                            )
14 |     Plaintiff,                         ) WARRANT OF ARREST OF PROPERTY *IN REM*
                                            )
15 |   v.                                   )
                                            )
16 | APPROXIMATELY 2,769,378.81 USDT        )
   | FROM TRON BLOCKCHAIN ADDRESS           )
17 | AND 1,400,058.194019 USDT, 1,331,857.9667 )
   | DODO, AND 1,445.2634 PEOPLE FROM       )
18 | BINANCE ACCOUNT,                       )
                                            )
19 |     Defendants.                        )
                                            )
20

21     TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
22            FEDERAL BUREAU OF INVESTIGATION AND DEPARTMENT OF HOMELAND
              SECURITY
23

24     YOU ARE HEREBY COMMANDED to arrest and seize the defendant 2,769,378.81 USDT

25 Tron Blockchain (USDT) with a total estimated value of $2,768,839.21 U.S. Dollars (USD), and

26 1,400,058.194019 USDT, 1,331,857.9667 DODO, and 1,445.2634 PEOPLE seized from Binance

27 Account 1 (collectively "Binance Funds") and maintain custody of same pursuant to 19 U.S.C. § 1605

28 until further Order of the Court.

Warrant of Arrest of Property *IN REM*
25-CV-09318-SK                              1

1  Claimants of the above-described property which is the subject of this action shall file their
2  claims with Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, San
3  Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Daniel
4  Pastor, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor,
5  San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance
6  with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or
7  within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier
8  and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within
9  such additional time as may be allowed by the Court.

10  Statements of interest and answers should be filed with the Office of the Clerk, United States
11  District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco,
12  California 94102, and copies should be served on Daniel Pastor, Assistant United States Attorney, 450
13  Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

MARK B. BUSBY
United States District Clerk

Dated: 12/3/25          By: _____

Warrant of Arrest of Property *IN REM*
25-CV-09318-SK                                2